Submitted on record and briefs November 26, reversed and remanded
December 26, 1990

KEVIN McCLAFLIN,
*Appellant,*

*v.*

R. L. WRIGHT,
*Respondent.*

(CV 90-21; CA A63798)

802 P2d 1303

Jonel K. Ricker and Bettis & Ricker, P.C., La Grande, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, Janet A. Klapstein, Assistant Attorney General, and Yuan Xing Chen, Certified Law Student, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

Reversed and remanded. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).